UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80130-AMC

**NELSON FERNANDEZ**,

Plaintiff,

vs.

**RACETRAC, INC., a foreign for-profit corporation,**

Defendant.
______________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff NELSON FERNANDEZ and Defendant RACETRAC, INC., through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a Stipulation of Dismissal within thirty (30) days and should not be required to file any further response, motions, and/or pleadings.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4355 N.W. 36th Street
Virginia Gardens FL 331
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**SEYFARTH SHAW LLP**
Counsel for Defendant
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309-3958
(404) 885-1500
kyoung@seyfarth.com

By ____*/s/ Kevin M. Young*__________
KEVIN M. YOUNG
Fla. Bar No.: 114151